No. 00–8146.   DORCH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.   ■

No. 00–8151.   INCIARRANO v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 00–8159.   RADOVICH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–8169.   DECK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–8192.   GOMEZ v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8196.   HUTTON v. GROOSE.  C. A. 8th Cir.  Certiorari denied.

No. 00–8200.   HILLIARD v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 00–8216.   RICE v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–8232.   FORDJOUR v. SONCHIK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8245.   HINTON v. GAMBLE, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–8251.   BRITO v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.   ■

No. 00–8269.   GASHO v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–8286.   HASSON v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8293.   TOLBERT v. NATIONAL BROADCASTING CO., INC., ET AL.  C. A. 5th Cir.  Certiorari denied.